JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUGENE TOWLES,<br>　　　　　Plaintiff,<br>　　v.<br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br>　　　　　Defendant. | Case No. CV 13-01234-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  January 3, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge