1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
8                 UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – ~~EASTERN DIVISION~~

10 EUGENE TOWLES,                    )   No.  ~~ED~~CV13-01234 ~~RZ~~ DFM
11                                   )
12     Plaintiff,                    )   [~~PROPOSED~~] ORDER AWARDING
                                     )   EAJA FEES
13     v.                            )
14                                   )
   CAROLYN W. COLVIN                 )
15 Commissioner Of Social Security,  )
16                                   )
17     Defendant.                    )

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND FOURTY EIGHT DOLLARS AND 70/100 ($2,048.70) subject to the
21 terms of the stipulation.
22
23 DATE:  February 11, 2014     _____
24                              HON. DOUGLAS F. McCORMICK
25                              UNITED STATES MAGISTRATE JUDGE

-1-